IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHARI L. ERICKSON                                                        PLAINTIFF

        V.                              NO.  3:10-CV-03113

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                          DEFENDANT

O R D E R

        For the reason stated in the memorandum opinion of this date, the decision of the

Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The**

**parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.


        IT IS SO ORDERED this March 2, 2012.



                                */s/ J. Marschewski*
                                HONORABLE JAMES R. MARSCHEWSKI
                                Chief United States Magistrate Judge




                                +




Page -1-