IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

SHARI L. ERICKSON                                                      PLAINTIFF

       V.                                 NO.  3:10-CV-03113

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                    DEFENDANT

O R D E R

For the reason stated in the memorandum opinion of this date, the decision of the Commissioner is AFFIRMED and the Plaintiff's case is DISMISSED with PREJUDICE.  **The parties have sixty (60) days from entry of the judgment on the docket in which to appeal**.

IT IS SO ORDERED this March 2, 2012.

                                                /s/ J. Marschewski
                                                HONORABLE JAMES R. MARSCHEWSKI
                                                Chief United States Magistrate Judge

+